IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **MAG. NO. M-17-2139-M** |
| **JUAN JOSE SALINAS-ALVARADO** | * | |

## **O R D E R**

The Court having considered the Unopposed Motion to Continue Preliminary/Detention Hearing of the defendant, JUAN JOSE SALINAS-ALVARADO, on the above styled and numbered cause, is of the opinion that same should be and is herein granted, and the Preliminary/Detention Hearing presently scheduled for December 27, 2017 at 9:30 a.m. is hereby reset to _____, 2018 at \_\_\_\_.M.

ORDERED this the \_\_\_\_\_ day of _____2017, at McAllen, Texas.

_____
PRESIDING JUDGE